Entered on Docket October 6, 2014



**Below is the Order of the Court.**

_____
**Marc Barreca**
**U.S. Bankruptcy Judge**
**(Dated as of Entered on Docket date above)**

_____

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In Re: <br><br> JERALD JEROME ANDERSON AND MARIE ANTONIO ANDERSON, <br><br> Debtor(s). | Case No. 14-16104-MLB |
| JERALD JEROME ANDERSON AND MARIE ANTONIO ANDERSON, <br><br> Plaintiffs, <br><br> v. <br><br> NATIONSTAR MORTGAGE, <br><br> Defendant. | Adversary Case No. 14-01342-MLB <br><br> **STIPULATED ORDER DECLARING SECOND POSITION REAL ESTATE LIEN AS WHOLLY VOID** |

WHEREAS, this Adversary Proceeding was commenced by Plaintiffs Jerald Jerome Anderson and Marie Antonio Anderson ("Debtors") against Defendant Nationstar Mortgage LLC ("Secured Creditor") seeking to treat Defendant's second Deed of Trust lien on the Debtors' real property described below as a wholly unsecured junior lien pursuant to 28 USC §157 and 28 USC §1334; and

STIPULATED ORDER DECLARING SECOND
POSITION REAL ESTATE LIEN AS WHOLLY VOID - 1

BISHOP, MARSHALL & WEIBEL, P.S.
720 OLIVE WAY, SUITE 1201
SEATTLE, WA 98101
(206) 622-5306  Fax (206) 622-0354

WHEREAS Nationstar Mortgage LLC is the present holder of a Note dated July 21, 2006, in the original principal amount of $40,308.00, drawn by Debtors (the "Second Note"), and secured by a Deed of Trust dated July 21, 2006, granted by Debtors, recorded on July 25, 2006, under King County Auditor's No. 20060725001593 (the "Second Deed of Trust"), of the real property commonly known as 27766 - 257th Ave. SE, Maple Valley, WA 98038 (the "Property"), which is legally described as:

> LOT 29, MAPLE RIDGE HIGHLANDS DIVISION 3, ACCORDING TO THE PLAT THEREOF RECORDED IN VOLUME 225 OF PLATS, PAGES 34 THROUGH 48, INCLUSIVE, IN KING COUNTY, WASHINGTON.

; and

WHEREAS Debtors and Secured Creditor have agreed to a resolution of this Adversary Proceeding; and

WHEREAS the parties' agreement is evidenced by this Stipulation, and the parties request that the Court enter this Stipulated Order;

NOW, THEREFORE, IT IS HEREBY ORDERED:

1. THAT the deed of trust debt created by the Second Note and Second Deed of Trust dated July 21, 2006 (the "Deed of Trust Debt"), in the original principal amount of $40,308.00, is hereby deemed wholly unsecured, and Nationstar Mortgage LLC shall have an allowed general unsecured claim in the amount of $49,079.66 pursuant to its Proof of Claim #5 on file herein, to be paid as other general unsecured claims in the Debtors' Chapter 13 plan;

2. THAT upon the successful completion of the Chapter 13 plan and upon entry of the discharge, the junior security interest claimed by the Secured Creditor in its Second Deed of Trust shall be deemed null, void, avoided, and released;

STIPULATED ORDER DECLARING SECOND
POSITION REAL ESTATE LIEN AS WHOLLY VOID - 2

BISHOP, MARSHALL & WEIBEL, P.S.
720 OLIVE WAY, SUITE 1201
SEATTLE, WA 98101
(206) 622-5306 Fax (206) 622-0354

Case 14-01342-MLB    Doc 8    Filed 10/06/14    Ent. 10/06/14 10:34:36    Pg. 2 of 4

3. THAT except as otherwise provided for below, the Debtors shall not be required to make any payments to the Secured Creditor on account of its Deed of Trust Debt described above, or payments to any successor and/or assigns of the Secured Creditor, for said claim, other than payments made through the Chapter 13 plan as an unsecured creditor;

4. THAT in the event this Chapter 13 Bankruptcy Case is dismissed prior to its completion, withdrawn, or converted to any other case under Title 11 of the United States Code, this Stipulated Order shall, upon such dismissal, withdrawal, or conversion, be rendered void and unenforceable and the Secured Creditor, its successors and/or assigns shall retain all rights under the Second Note and Second Deed of Trust, including its secured lien status;

5. THAT a fully executed copy of this Stipulated Order shall be deemed the original for the purposes of filing the same with the Court, and that facsimile signatures shall have the same force and effect as original signatures, and this adversary proceeding shall be discontinued;

6. THAT the foregoing represents the entire agreement of the parties and no modification, amendment, or extension thereof shall be valid, unless in writing, signed by all signatories to this agreement.

/// End of Order ///

Stipulated to:

BISHOP, MARSHALL & WEIBEL, P.S.


By: */s/Barbara L. Bollero*
    Susan M. Stanley, WSBA #11982
    Barbara L. Bollero, WSBA #28906
    Attorneys for Defendant
    Nationstar Mortgage, LLC

STIPULATED ORDER DECLARING SECOND
POSITION REAL ESTATE LIEN AS WHOLLY VOID - 3

BISHOP, MARSHALL & WEIBEL, P.S.
720 OLIVE WAY, SUITE 1201
SEATTLE, WA 98101
(206) 622-5306  Fax (206) 622-0354

Case 14-01342-MLB    Doc 8    Filed 10/06/14    Ent. 10/06/14 10:34:36    Pg. 3 of 4

Approved as to form and content;
Notice of presentation waived:

KENT & WITTNER, P.S.


By: */s/ Kelly M. Wittner*
    Kelly M. Wittner, WSBA #36197
    Attorney for Plaintiffs Jerald Jerome
    Anderson and Marie Antonio Anderson

STIPULATED ORDER DECLARING SECOND
POSITION REAL ESTATE LIEN AS WHOLLY VOID - 4

BISHOP, MARSHALL & WEIBEL, P.S.
720 OLIVE WAY, SUITE 1201
SEATTLE, WA 98101
(206) 622-5306 Fax (206) 622-0354

Case 14-01342-MLB    Doc 8    Filed 10/06/14    Ent. 10/06/14 10:34:36    Pg. 4 of 4